```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARRYL W. PETERS,              )
                               )  Civil Action
          Plaintiff            )  No. 05-CV-02038
                               )
     vs.                       )
                               )
AIR PRODUCTS & CHEMICALS, INC. )
  and                          )
ASHLAND-ACT                    )
                               )
          Defendants           )
```

## O R D E R

NOW, this 30th day of March, 2006, upon consideration of Defendants' Motion to Dismiss the Second Amended Complaint, which motion was filed on July 21, 2005; upon consideration of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Complaint, which response was filed on August 4, 2005; upon consideration of the letter request to file a reply brief by defendants Air Products and Chemicals, Inc. and Ashland ACT, presented on August 19, 2005; and for the reasons expressed in the accompanying Memorandum,

IT IS ORDERED that defendants' request to file a reply brief is denied.

IT IS FURTHER ORDERED that Count I of plaintiff's Second Amended Complaint is dismissed.

IT IS FURTHER ORDERED that Count II of plaintiff's Second Amended Complaint is dismissed insofar as it states a claim for unlawful retaliation in violation of the ADEA.

<u>IT IS FURTHER ORDERED</u> that in all other respects defendants' motion to dismiss is denied.

<u>IT IS FURTHER ORDERED</u> that the within case is remanded to the Court of Common Pleas of Lehigh County, Pennsylvania.

BY THE COURT:


<u>       /s/ James Knoll Gardner       </u>
James Knoll Gardner
United States District Judge